```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                   CASE NO. 06-60344-CR-ZLOCH
```

UNTIED STATES OF AMERICA,

        Plaintiff,

vs.   **O R D E R**

JOHNNY OLBEL,

        Defendant.

_____/

    THIS MATTER is before the Court upon Defendant Johnny Olbel's Motion For Transcripts (DE 111). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

    By the instant Motion (DE 111), Defendant seeks to obtain copies of his trial and sentencing transcripts (DE Nos. 93-104). The Court notes that Defendant had retained counsel for trial and appeal in the above-styled cause. In the instant Motion, Defendant has failed to establish that he is otherwise indigent. Therefore, the Court will deny the instant request that the federal judiciary provide him with his trial and sentencing transcripts. However, the Court shall order his counsel Beresford A. Landers, Jr., Esq. to provide Defendant with the transcripts he seeks.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** that Defendant Johnny Olbel's Motion For Transcripts (DE 111) be and the same is **GRANTED** in part and **DENIED**

in part as follows:

    1. To the extent the instant Motion (DE 111) seeks an order from the Court requiring Defendant's counsel Beresford A. Landers, Jr., Esq. to provide Defendant with copies of his trial and sentencing transcripts (DE Nos. 93-104), it be and the same is hereby **GRANTED**;

    2. On or before Friday, November 12, 2008, Beresford A. Landers, Jr., Esq. shall provide a true and correct copy of the trial and sentencing transcripts (DE Nos. 93-104) to Defendant Johnny Olbel at the address listed below; and

    3. In all other respects, the instant Motion (DE 111) be and the same is hereby **DENIED**.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this ___31st___ day of October, 2008.

```
                              _____
                              WILLIAM J. ZLOCH
                              United States District Judge
```

Copies furnished:

Patricia Diaz, Esq., AUSA

Beresford A. Landers, Jr., Esq.

Johnny Olbel, pro se
77257-004
U.S.P. McCreary
P.O. Box 3000
Pine Knot, KY 42635

2