UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-60344-CR-ZLOCH

UNTIED STATES OF AMERICA,

    Plaintiff,

vs.                                                             **O R D E R**

JOHNNY OLBEL,

    Defendant.
_____/

    THIS MATTER is before the Court upon Defendant Johnny Olbel's Motion For The Procurement Of Records, Documents, & All Transcripts (DE 113) and the Motion To Be Discharged (DE 115) filed herein by Beresford Landers, Jr., Esq.  The Court has carefully reviewed said Motions and the entire court file and is otherwise fully advised in the premises.

    By prior Order (DE 112), the Court granted in part Defendant's Motion For Transcripts (DE 111).  Specifically, the Court ordered Defendant's attorney Beresford A. Landers, Jr., Esquire to provide his client with copies of his trial and sentencing transcripts (DE Nos. 93-104).  Defendant states in his instant Motion (DE 113) that Mr. Landers has failed to comply with said prior Order (DE 112).[1]  Therefore, the Court shall once again order Mr. Landers to turn over the necessary documents.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. Defendant Johnny Olbel's Motion For The Procurement Of

---

[1] A copy of Defendant Johnny Olbel's instant Motion (DE 113) is attached to this Order for the convenience of Mr. Landers.

Records, Documents, & All Transcripts (DE 113) be and the same is hereby **GRANTED** as follows:

    a. On or before <u>Monday, January 5, 2009</u>, Beresford A. Landers, Jr., Esq. shall provide a true and correct copy of the trial and sentencing transcripts (DE Nos. 93-104), as well as true and correct copies of all other papers filed in the above-styled cause in his possession, to Defendant Johnny Olbel at the address listed below;

    b. By <u>noon</u> on <u>Tuesday, January 6, 2009</u>, Beresford A. Landers, Jr., Esq. shall file a memorandum with the Clerk of Court confirming his compliance with this Order;

    c. Upon failure of Beresford A. Landers, Jr., Esq. to comply with the terms and conditions of this Order, the Court shall enter an Order To Show Cause why Mr. Landers should not be held in contempt of court; and

    2. The Court **RESERVES** ruling on the Motion To Be Discharged (DE 115) filed herein by Beresford Landers, Jr., Esq.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this   <u>29th</u>   day of December, 2008.

                                 WILLIAM J. ZLOCH
                                 United States District Judge

Enclosure: Defendant Johnny Olbel's Motion For The Procurement Of Records, Documents, & All Transcripts (DE 113)

Copies furnished:

See Attached Mailing List

UNITED STATES OF AMERICA VS. JOHNNY OLBEL
CASE NO. 06-60344-CR-ZLOCH

Patricia Diaz, Esq., AUSA

Beresford A. Landers, Jr., Esq.

Johnny Olbel, pro se
77257-004
U.S.P. McCreary
P.O. Box 3000
Pine Knot, KY 42635