UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-60344-CR-ZLOCH

UNTIED STATES OF AMERICA,

    Plaintiff,

                              **O R D E R**

vs.

JOHNNY OLBEL,

    Defendant.
_____/

    THIS MATTER is before the Court upon the Motion For Relief From District Court's Orders (DE 117) filed herein by Beresford A. Landers, Jr., Esquire. The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** that the Motion For Relief From District Court's Orders (DE 117) filed herein by Beresford A. Landers, Jr., Esquire be and the same is hereby **DENIED**.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this ___30th___ day of December, 2008.

                                                 WILLIAM J. ZLOCH
                                               United States District Judge

Copies furnished:

Patricia Diaz, Esq., AUSA

Beresford A. Landers, Jr., Esq.

Johnny Olbel, pro se
77257-004
U.S.P. McCreary
P.O. Box 3000
Pine Knot, KY 42635